UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 17-21741-LMI |
| | : | |
| PAUL ALVIN SVENSEN, JR, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | Adversary No. 18-01358-LMI |
| _____/ | | |
| ROBERT ANGUEIRA, as Trustee, | | |
| | | |
| Plaintiff, | | |
| | | |
| v. | | |
| | | |
| PAUL SVENSEN, aka PAUL A. SVENSON, | | |
| | | |
| Defendant. | | |
| _____/ | | |

### MOTION OF CHRISTOPHER BENJAMIN, ESQ AND THE BARRISTER FIRM, P.A. TO WITHDRAWAS COUNSEL FOR DEBTOR PAUL ALVIN SVENSEN, JR.

COMES NOW, counsel for Debtor, Christopher E. Benjamin, Esq. and the law firm, The Barrister, Firm, P.A. move pursuant to Southern District of Florida Bankruptcy Rule 2091-1 and Southern District of Florida Rule 11.1(d)(3) to withdraw as attorneys for Debtor, Paul Svensen, Jr. and states the following in support thereof:

1. Circumstances recently have arisen concerning the well being of close family member that has consumed much of the attorney's time and requires the attention of counsel in such a way that it impairs the ability to devout the time and attention needed to provide the ethical representation due to the Debtor.

2. The Florida Bar Rules provide that a Florida attorney should not continue representation of a matter when they cannot provide competent counsel. Many things can impair the competency of counsel that is required of the rules; in this instance, counsel's family issues have diverted his

1

attention away from his cases and require continued attention that would otherwise be given to the client's matter.

3. Withdrawal can be accomplished without material effect on the interests of the client. The client is no stranger to bankruptcy proceedings and has been a party within previously filed bankruptcies. Moreover, there remains sufficient time for the Debtor to retain new counsel.

4. Notice of this motion has been served on the client and the parties in interest entitled to notice. The client has not indicated that there is any objection to this request to withdraw counsel.

WHEREFORE, the undersigned counsel and law firm respectfully request that the Court enter an order authorizing their withdrawal as attorneys for the Debtor, Paul Svensen, Jr. and granting such other and further relief as is proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing upon Plaintiff's Counsel, Yanay Galban, Esq. (yanay@rabankruptcy.com) and the Debtor, Paul Svensen, Jr. (psvensen@icould.com and paul@jetcardplus.com) on this 27th day of November 2018.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Submitted by

THE BARRISTER FIRM, P.A.
*Attorneys for Defendant*
PO BOX 694011
Miami, FL 33269
Tel. 305-407-1180
e-mail: cbenjamin@thebarristerfirm.com

/s/ Christopher Benjamin            .
CHRISTOPHER E. BENJAMIN, ESQ.
Florida Bar No. 561029