UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO.: 17-21741-LMI |
| | : | |
| PAUL ALVIN SVENSEN, JR, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |
| | : | ADV. CASE NO: 18-1358-LMI |
| ROBERT ANGUEIRA, as Trustee in | : | |
| Bankruptcy for Paul Alvin Svensen, Jr., | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| PAUL ALVIN SVENSEN, JR, | : | |
| | : | |
| Defendant. | / | |

**TRUSTEE'S EXHIBIT REGISTER FOR PRETRIAL CONFERENCE AND TRIAL**

Undersigned counsel for the Plaintiff Robert A. Angueira, as Chapter 7 Trustee of the Bankruptcy Estate of Paul Alvin Svensen, Jr., submits this Exhibit Register for the Pretrial Conference set for November 5, 2018 at 1:30 P.M

| **Trustee Robert A. Angueira's Exhibits** | | | |
|---|---|---|---|
| | **Admitted** | **Refused** | **Not Introduced** |
| 1. Chapter 13 Voluntary Petition [Main Case D.E. 1] | A | | |
| 2. Initial Schedules filed by the Debtor on November 8, 2017 [Main Case D.E. 20]. | A | | |
| 3. Amended Schedules filed by the Debtor on February 5, 2018 [Main Case D.E. 52]. | A | | |
| 4. Notice of Taking Rule 2004 Examination Duces Tecum of Paul Alvin Svensen, Jr. [Main Case D.E. 69] | A | | |

| Trustee Robert A. Angueira's Exhibits | | | |
|---|---|---|---|
| | **Admitted** | **Refused** | **Not Introduced** |
| 5. Transcript of §341 Meeting of Creditors held on February 5, 2018. | A | | |
| 6. Transcript of the Rule 2004 Examination of the Debtor Paul Alvin Svensen, Jr., taken on March 19, 2018. | A | | |
| 7. Certificate of Title for 2006 Bentley Continental Flying Spur. | A | | |
| 8. Bank Statements City National Bank Account #-2317 from February 28, 2017 through September 29, 2017. | A | | |
| 9. Correspondence from Debtor's counsel Christopher Benjamin dated August 3, 2018. | A | | |
| 10. All Exhibits included in Debtor's Exhibit Register to the extent not objected by the Trustee. | ⚡ | | ✓ |
| 11. All documents utilized by the Debtor to the extent not objected by the Trustee. | | | ✓ |
| 12. Any and all documents to be used for rebuttal and impeachment purposes. | | | ✓ |

## Reservation of Rights

The Trustee reserves the right to amend or supplement this Exhibit Register prior to the commencement of the Pretrial Conference and Trial. The Trustee further reserves the right to attempt to introduce into evidence any documents on the Debtor's list to the extent not otherwise objected to by the Trustee at or before the Evidentiary Hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Trustee's Exhibit Register, and Exhibits were furnished via e-mail this 30th day of October, 2018, upon the Debtor's Counsel, Christopher E. Benjamin, Esq., at cbenjamin@thebarristerfirm.com.

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By   /s/ *Yanay Galban*
    YANAY GALBAN, ESQ
    Florida Bar No. 0105146