

**ORDERED in the Southern District of Florida on February 25, 2019.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 17-21741-LMI |
| PAUL ALVIN SVENSEN, JR, | : | CHAPTER 7 |
| Debtor. | : | |
| _____/ | : | ADV. CASE NO: 18-1358-LMI |
| ROBERT ANGUEIRA, as Trustee in Bankruptcy for Paul Alvin Svensen, Jr., | : | |
| Plaintiff, | : | |
| vs. | : | |
| PAUL ALVIN SVENSEN, JR, | : | |
| Defendant. _____/ | : | |

## **FINAL JUDGMENT**

The Court conducted a trial in this adversary proceeding on February 19, 2019 at 9:30 A.M. The Court's findings and conclusions were announced on the record in a bench ruling on February 19, 2019. In accordance with those findings and conclusions, which are incorporated here by reference, it is

**ORDERED AND ADJUDGED** as follows:

1. **JUDGMENT** is entered in favor of the Plaintiff, Robert A. Angueira, as Chapter 7 Bankruptcy Trustee of the Estate of Paul Alvin Svensen, Jr., and against Paul Alvin Svensen, Jr. whose Social Security Number is xxx-xx-6698 on Counts I, II, III, IV, and V of the Complaint in Adv. Case 18-1358-LMI.

2. The Defendant-Debtor's bankruptcy discharge is **DENIED** pursuant to 11 U.S.C. §727(a)(2)(A), 11 U.S.C. §727(a)(2)(B), 11 U.S.C. §727(a)(3), 11 U.S.C. §727(a)(4)(A), and 11 U.S.C. §727(a)(4)(D).

###

Copies to:

Yanay Galban, Esq.

Paul Alvin Svensen, Jr.
16485 Collins Ave. #2034
North Miami Beach, FL 33160